UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RECLAIM COMPANY, LLC, a Washington Corporation<br><br>Defendant. | Case No. C20-960-RSM<br><br>ORDER GRANTING PLAINTIFFS' COUNSEL'S MOTION FOR WITHDRAWAL AND SUBSTITUTION |

This matter comes before the Court on Plaintiffs' notice of substitution of counsel. Dkt. #6. Although Plaintiffs filed this motion as a stipulation, Defendants have not yet appeared in this matter. Accordingly, the Court interprets Plaintiffs' notice as an *ex parte* motion for withdrawal and substitution.

Under this district's local rules, courts ordinarily permit an attorney to withdraw until sixty days before the discovery cut-off in a civil case. Local Rules W.D. Wash. LCR 83.2(b). Here, discovery deadlines in this case have not yet been set. *See* Dkt. #4. Accordingly, the Court GRANTS Plaintiff's Counsel's motion and ORDERS:

ORDER GRANTING PLAINTIFFS' COUNSEL'S MOTION FOR WITHDRAWAL AND SUBSTITUTION - 1

(1) Russell J. Reid and the law firm of McCarthy, Ballew & Leahy, LLP, have leave to withdraw as counsel for the Plaintiffs; and

(2) Jane P. Ewers and the law firm of Turner, Stoeve & Gagliardi, P.S., have leave to substitute as counsel for the Plaintiffs.

DATED this 21st day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE