**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; ET AL., <br><br> Plaintiffs, <br> v. <br><br> RECLAIM COMPANY LLC, a Washington limited liability company, <br><br> Defendant. | Case No.: 2:20-cv-00960-RSM <br><br><br> **ORDER OF DEFAULT JUDGMENT AND JUDGMENT SUMMARY AGAINST DEFENDANT, RECLAIM COMPANY LLC** |

THIS MATTER having come before the Court upon the Plaintiffs' *Motion for Entry of Default Judgment*, by and through their counsel of record, David L. Sieck of Turner, Stoeve & Gagliardi, P.S., and this Court having reviewed the records and files herewith and the supporting declarations of Adam Keck and David L. Sieck submitted by Plaintiffs' counsel, this Court having found from the records filed by the Plaintiffs that service was made upon Defendant as

ORDER OF DEFAULT AGAINST DEFENDANT,
RECLAIM COMPANY LLC- 1

required; the action is properly within the Jurisdiction of the Court and venue is proper; Defendant failed to answer or appear in this action; this Court having entered an Order of Default on January 21, 2021 (Dkt. #11) against Defendant; and the Court having found good cause, it is hereby

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiffs and against Defendant Reclaim Company LLC for the following amounts:

| | |
|---|---|
| Contributions: | $ 4,419.96 |
| Liquidated Damages: | $ 538.36 |
| Prejudgment Interest through April 28, 2021: | $ 681.52 |
| Attorneys' Fees: | $ 1,662.50 |
| **TOTAL SUM DUE:** | **$ 7,302.35** |

The above judgment shall accrue interest at the rate of 12% per annum from the date of entry of the Judgment until paid in full, in accordance with the Plaintiffs' Trust Agreements.

The Clerk is directed to close the case.

Plaintiffs also request costs in the amount of $453.00. Dkt. #13-1 at 2. Pursuant to Fed. R. Civ. P. 54(d) and LCR 54(d), Plaintiffs are DIRECTED to file a bill of costs for consideration by the Clerk of Court within twenty-one (21) days from the date of this Order.

Entered this 24th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE